IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:17cr95 |
| vs. | : | JUDGE WALTER H. RICE |
| KEVIN R. TINCHER, | : | |
| Defendant. | : | |

### PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | 6/26/2017 |
| Jury Trial Date | 8/21/2017* |
| Final Pretrial Conference (by telephone) | **Monday, 8/14/2017 at 5:00 pm*** |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | 7/31/2017 |
|    Other Motions | 8/4/2017 |
| Discovery Cut-off | 8/11/2017 |
| Speedy Trial Deadline | 8/24/2017** |
| Motion to Suppress Evidence | 9/20/2017 at 5:00 p.m. |

*Trial did not go forward as Defendant filed a Motion to Continue on 8/14/2017.

**Extended to close of business on 9/20/2017.

August 25, 2017

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE